UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MARSHALL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROCTER & GAMBLE COMPANY, et al.,<br><br>    Defendants. | Case No.25-cv-00923-AMO<br><br>**JUDGMENT** |

On September 17, 2025, the Court granted Defendants' motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**